IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:20-00066

JEFFREY M. REED

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Motion for Continuance.  (ECF No. 19).  In support of his motion, counsel for the defendant explains that additional time is needed to review discovery as well as to research issues relevant to trial and any possible defenses.  The government does not oppose the motion.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

I.    The deadline for the filing of pretrial motions is continued until **September 7, 2020;**

II.    The Pretrial Motions Hearing is continued until **2:30 p.m.**

     **on September 14, 2020, in Bluefield;**

III.   Jury Instructions and Proposed Voir Dire are due to the

     court by **September 29, 2020;**

IV.    Trial of this action is continued until **9:30 a.m. on**

     **October 6, 2020, in Bluefield;**

V.     Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the

     filing of the motion until the trial is excludable for

     purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum
Opinion and Order to all counsel of record, to the United States
Marshal for the Southern District of West Virginia, and to the
Probation Office of this court.

IT IS SO ORDERED this 6th day of July, 2020.

**ENTER:**

David A. Faber
Senior United States District Judge

2