IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:20-00066

JEFFREY M. REED

**MEMORANDUM OPINION AND ORDER**

Trial of this action is currently scheduled for November 12,
2020.  However, on March 13, 2020, the President of the United
States declared a national emergency under the National
Emergencies Act, 50 U.S.C. § 1601 et seq., in light of the COVID-
19 pandemic.  The impact of the pandemic is well-documented and,
in order to lessen the spread of the disease, a number of
measures have been instituted in this court over time, including
the delay of certain criminal matters.  See General Order and
General Order # 3 entered in In Re: Court Operations Under the
Exigent Circumstances Created by the COVID-19 Pandemic, No.
2:20-mc-00052 (S.D.W. Va. March 13, 2020 and March 23, 2020)
(Johnston, C.J.).  On April 14, 2020, the earlier delay of in-
person criminal proceedings was extended through May 31, 2020.
See General Order # 5 entered in In Re: Court Operations Under
the Exigent Circumstances Created by the COVID-19 Pandemic, No.
2:20-mc-00052 (S.D.W. Va. April 14, 2020) (Johnston, C.J.)
(ordering all civil and criminal petit jury selections and trials
scheduled to commence from the date of the order through May 31,
2020 continued until further order of the court and that the time

period of continuances implemented by the order be excluded under

the Speedy Trial Act).  On May 22, 2020, civil and criminal petit

jury selections and trials scheduled to commence from the date of

the order through June 30, 2020 were continued until further

order of the court.  See General Order # 6 entered in In Re:

Court Operations Under the Exigent Circumstances Created by the

COVID-19 Pandemic, No. 2:20-mc-00052 (S.D.W. Va. May 22, 2020)

(Johnston, C.J.).

On June 25, 2020, an order was entered allowing for the

resumption of jury trials effective July 1, 2020.  See General

Order # 7 entered in In Re: Court Operations Under the Exigent

Circumstances Created by the COVID-19 Pandemic, No. 2:20-mc-00052

(S.D.W. Va. June 25, 2020) (Johnston, C.J.).  However, on

September 18, 2020, due to the increased presence of COVID-19 in

the community, all civil and criminal petit jury selections and

trials were once again continued until further order of the

court.  See General Order # 9 entered in In Re: Court Operations

Under the Exigent Circumstances Created by the COVID-19 Pandemic,

No. 2:20-mc-00052 (S.D.W. Va. September 18, 2020) (Johnston,

C.J.).  In so doing, the court found that "with regard to

criminal trials, due to the Court's reduced ability to obtain an

adequate spectrum of petit jurors and the effect of the above

public health recommendations on the availability of counsel and

Court staff to be present in the courtroom, the time period of

the continuances implemented by this Order will be excluded under
the Speedy Trial Act".  Id.  Consistent with General Order #9, on
October 1, 2020, the court continued defendant's trial from
October 6, 2020, to November 12, 2020.  General Order #9 remains
in effect and makes it necessary to continue the trial date once
again.

In ordering the continuance of defendant's trial, the court
finds that, due to the current danger to the public health caused
by COVID-19, the ends of justice served by ordering the
continuance outweigh the best interest of the defendant and the
public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).
In so finding, the court considered the factors outlined in 18
U.S.C. § 3161(h)(7)(B) and finds that a failure to order this
continuance "would be likely to make a continuation of such
proceeding impossible, or result in a miscarriage of justice."
Id. § 3161(h)(7)(B)(i).

Accordingly, the court hereby **ORDERS** as follows:

1.   Trial of this action is continued until December 10,
     2020, at 9:30 a.m., in Charleston.  Jury instructions
     and proposed voir dire are to be filed by December 3,
     2020.

2.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from
     this Order until the trial is excludable for purposes
     of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 2nd day of November, 2020.

ENTER:

David A. Faber
Senior United States District Judge

4