IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20-00066

JEFFREY M. REED

### MEMORANDUM OPINION AND ORDER

Pending before the court is the unopposed motion of the United States for a brief continuance of trial and all related deadlines. (ECF No. 49.)

For good cause shown in the motion, and because defendant does not object, the motion is **GRANTED**. Trial in this case is rescheduled for **June 21, 2021,** at 9:30 a.m. in Charleston. Jury instructions and proposed voir dire are to be filed by **June 14, 2021.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 22nd day of March, 2021.

ENTER:

David A. Faber
Senior United States District Judge