Case 1:20-cr-00066   Document 90   Filed 08/25/21   Page 1 of 2 PageID #: 665
</2>

## EXHIBIT LIST



**UNITED STATES OF AMERICA**

v.                                             Criminal No. 1:20-00066

**JEFFREY M. REED**

| Presiding Judge: | Plaintiff Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| David A. Faber | Erik S. Goes, M. Ryan Blackwell | David R. Bungard |
| **Proceeding Date(s):** 8/24/21, 8/25/21 | **Court Reporter:** Ayme Cochran | **Courtroom Deputy/Law Clerk** Cynthia Lilly/Allison Skinner |

| Pltf No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1A | | 8/24/21 | 8/24/21 | Notice of Fault and Opportunity Cure | Clerk |
| 2A | | 8/24/21 | 8/24/21 | UCC Financing Statement | Clerk |
| 1 | | 8/24/21 | 8/24/21 | Notice of Fault and Opportunity to Cure | Clerk |
| 2 | | 8/24/21 | 8/24/21 | UCC Financial Statement | Clerk |
| 3 | | 8/24/21 | 8/25/21 | Letter to Jeffrey M. Reed | Clerk |
| 4 | | 8/24/21 | 8/24/21 | UCC Financing Statement | Clerk |
| 5 | | 8/24/21 | Not Moved | Jeffrey Reed File from Sara Wilson | Not Given |
| 6 | | 8/24/21 | 8/25/21 | Notice of Levy on Wages, Salary and Other Income | Clerk |
| 7 | | 8/24/21 | 8/25/21 | Letter to Department of the Treasury w/attachments | Clerk |
| 8 | | 8/24/21 | 8/25/21 | Notice of Legal Action against Terry Shipp | Clerk |
| 9 | | 8/24/21 | 8/25/21 | Letter to Douglas H. Shulman dated 3/24/2015 | Clerk |
| 5A | | 8/25/21 | 8/25/21 | Sara Nelson Paperwork | Clerk |
| 10 | | 8/25/21 | 8/25/21 | Letter to Michael Riley dated 3/24/2015 | Clerk |

| Pltf No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 11 | | 8/25/21 | 8/25/21 | Letter to Douglas H. Shulman dated 4/17/2015 | Clerk |
| 12 | | 8/25/21 | 8/25/21 | Notice of Copyright Violation | Clerk |
| | 4 | 8/25/21 | 8/25/21 | Letter to Gold Capital LLC Dated 9/9/2014 | Clerk |
| | 3 | 8/25/21 | 8/25/21 | Letter to Ron Robinson Dated 8/25/2014 | Clerk |
| | 2 | 8/25/21 | 8/25/21 | Letter to IRS dated 4/21/2015 | Clerk |
| 13 | | 8/25/21 | 8/25/21 | W4 for Jeffrey Reed | Clerk |
| | 1 | 8/25/21 | 8/25/21 | Photograph | Clerk |
| | | | | | |
| | | | | | |
| | | | | | |

***Location options: Clerk; U.S. Atty; U.S. Marshal; Gov't Atty; Pl Atty, Def Atty; agency**